IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Calvin "Skip" Hoagland, | ) | C/A No.: 9:17-cv-1374-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Versus | ) | |
| | ) | |
| DAVID BENNETT, Individually and as | ) | |
| Mayor of the Town of Hilton Head Island; | ) | |
| BILL HARKINS, Individually and as a | ) | |
| Member of the Town of Hilton Head Island | ) | **NOTICE OF REMOVAL** |
| Council, and as Mayor Pro Tem of the Town | ) | |
| of Hilton Head Island; KIM LIKINS, | ) | |
| Individually and as a Member of the Town of | ) | |
| Hilton Head Island Council; LEE EDWARDS, | ) | |
| Individually and as a Member of the Town of | ) | |
| Hilton Head Island Council; JOHN McCANN, | ) | |
| Individually and as a Member of the Town of | ) | |
| Hilton Head Island Council; TOM LENNOX, | ) | |
| Individually and as a Member of the Town of | ) | |
| Hilton Head Island Council; MARC GRANT, | ) | |
| Individually and as a Member of the Town of | ) | |
| Hilton Head Island Council; STEVE RILEY, | ) | |
| Individually and as Town of Hilton Head | ) | |
| Island Manager; and BRIAN HULBERT, | ) | |
| Individually and as Town of Hilton Head | ) | |
| Island Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

The Petitioners by way of notice of removal, would respectfully show unto the Court:

1.      The Remover is all named Defendants in this action.

2.      That the above-entitled action was commenced in the Court of Common Pleas of Beaufort County, State of South Carolina, and is now pending in that Court; that the Summons and Complaint in said action were filed on April 6, 2017 and, upon information and belief, served upon the Defendant Petitioners on or about May 9, 2017, and thereafter.

3.      Within the Complaint, the Plaintiff alleges that his constitutional rights were violated by these Defendants under color of State law, specifically alleging 42 U.S.C. § 1983 violations. Upon information and belief, the subject matter of the Complaint invokes this Court's jurisdiction because the allegations are federal questions.

4.      The Plaintiff is domiciled in Florida and all named Defendants are domiciled in South Carolina. Within the Complaint, the Plaintiff alleges $10 million in damages. Upon information and belief, these factors constitute diversity of citizenship invoking this Court's jurisdiction.

5.      The above-referenced civil action is removable to this Court under the provisions of 28 U.S.C. §§§ 1331, 1332 and 1441.

6.      The copies of all process and pleadings served upon the Defendants are filed herewith.

7.      That the Clerk of Court from which this action is removed has been provided a copy of this Notice of Removal.

WHEREFORE, take notice that this action has been removed.

BUYCK, SANDERS & SIMMONS, LLC
305 Wingo Way
P.O. Box 2424
Mt. Pleasant, SC  29465-2424
Telephone: (843) 377-1400
Facsimile: (843) 284-8105
Email:  hwb@buyckfirm.com


_____s/ Hugh W. Buyck_____
Hugh W. Buyck (Fed ID #6099)

Attorneys for Defendants

May 25_____, 2017
Mt. Pleasant, South Carolina

2

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was served on each party or counsel of record by ☒ via electronic filing, ☒ mailing, ☐ e-mailing, ☐facsimile, or ☐hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This __25rd___day of_____May_____, 2017.

_____s/ Hugh W. Buyck_____